IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED IN OPEN COURT
APR 1 7 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN RE: ) UNDER SEAL
)
GRAND JURY PROCEEDINGS ) CASE NO.: 2:24cr29

## ORDER SEALING INDICTMENT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B), the Court finds that sealing of the indictment and arrest warrant is necessary to prevent notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrant shall be made available to agents of the Federal Bureau of Investigations (FBI) for execution of same.

It is further ORDERED that the indictment and arrest warrant are unsealed at the time of the arrest of the defendant, at which time the indictment may be treated as a public record.

UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
April 17, 2024

We ask for this:

Jessica D. Aber
United States Attorney

Joseph L. Kosky
Assistant U.S. Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000

Norfolk, Virginia 23510
Office Number (757) 441 6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov